**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MICHAEL H. FIENMAN,** *et al.* | : **CIVIL ACTION** |
| | : |
| **v.** | : **NO.  20-5170** |
| | : |
| **USAA CASUALTY INSURANCE** | : |
| **COMPANY** | : |

# ORDER

AND NOW, this 30th day of October 2020, upon considering the Plaintiffs' Motion to remand (ECF Doc. No. 7), and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiffs' Motion (ECF Doc. No. 7) is **DENIED**.

*[signature]*
**KEARNEY, J.**